# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158749(64)
158755-6(56)

BRYAN PUNTURO, FAWN PUNTURO, and
B & A HOLDINGS, LLC, d/b/a PARKSHORE
RESORT, LLC,
        Plaintiffs-Appellees,

v

BRACE KERN,
        Defendant-Appellant,
and

SABURI BOYER and DANIELLE KORT,
f/k/a DANIELLE BOYER,
        Defendants.
_____/

SC: 158749
COA: 338727
Grd Traverse CC: 17-032008-CZ

BRYAN PUNTURO, FAWN PUNTURO, and
B & A HOLDINGS, LLC, d/b/a PARKSHORE
RESORT, LLC,
        Plaintiffs-Appellees,

v

BRACE KERN and SABURI BOYER,
        Defendants,
and

DANIELLE KORT, f/k/a DANIELLE BOYER,
        Defendant-Appellant.
_____/

SC: 158755
COA: 338728
Grd Traverse CC: 17-032008-CZ

BRYAN PUNTURO, FAWN PUNTURO, and
B & A HOLDINGS, LLC, d/b/a PARKSHORE
RESORT, LLC,
        Plaintiffs-Appellees,

v

BRACE KERN and DANIELLE KORT,
f/k/a DANIELLE BOYER,
        Defendants,
and

SABURI BOYER,
        Defendant-Appellant.
_____/

SC: 158756
COA: 338732
Grd Traverse CC: 17-032008-CZ

On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before February 21, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 14, 2020



Clerk